IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Herrera, Raul | Case Number: 06 B 12980 |
|---|---|---|
| | Herrera, Obdulia | Judge: Squires, John H |
| | Printed: 10/9/07 | Filed: 10/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 25, 2007
Confirmed: December 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,249.00 | |
| Secured: | | 1,486.05 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,606.99 |
| Trustee Fee: | | 155.95 |
| Other Funds: | | 0.01 |
| Totals: | 3,249.00 | 3,249.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,300.00 | 1,606.99 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 10,178.82 | 1,486.05 |
| 4. | HomeComings Financial Network | Secured | 14,766.16 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 1,100.71 | 0.00 |
| 6. | Nuvell Credit Company LLC | Unsecured | 7,835.48 | 0.00 |
| 7. | AFNI | Unsecured | | No Claim Filed |
| 8. | Professioanl Crdit Services | Unsecured | | No Claim Filed |
| 9. | American General Finance | Unsecured | | No Claim Filed |
| 10. | KCA Financial Services | Unsecured | | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 12. | Lou Harris | Unsecured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 36,181.17 | $ 3,093.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 155.95 |
| | _____ |
| | $ 155.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Herrera, Raul
Herrera, Obdulia
Printed: 10/9/07

Case Number: 06 B 12980
Judge: Squires, John H
Filed: 10/11/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_